IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARKEL AMERICAN INS. CO., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 6:09CV434 |
| TTI TUBULARS, LTD. | § | |

## ORDER TO ADMINISTRATIVELY CLOSE

Plaintiff filed the above-styled lawsuit on September 29, 2009. On January 5, 2010, the parties executed written consent to proceed before a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c).

A Scheduling Conference was conducted on January 5, 2010. During the conference, it became apparent that the resolution of underlying issues may be beneficial to the efficient management of this case. In the interests of justice and judicial economy, the undersigned finds that the case should be removed from the active docket of the Court and be administratively closed until further notice. Plaintiff should notify the Court when underlying issues have been resolved and the parties are ready to proceed with this lawsuit so that it may be placed back on the active docket at that time. It is accordingly

**ORDERED** that the above-styled lawsuit is **ADMINISTRATIVELY CLOSED**.

So **ORDERED** and **SIGNED** this  5   day of **January, 2010.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE